**Order entered July 17, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01368-CR

**VINCENT CROWLEY BERTRAND, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 5**
**Dallas County, Texas**
**Trial Court Cause No. F12-56252-L**

## ORDER

On June 26, 2015, this Court ordered the Dallas County District Clerk to file, within fourteen days, a supplemental clerk's record containing the pass slips signed on March 4, 2014, March 25, 2014, July 8, 2014, July 24, 2014, July 28, 2014, August 6, 2014, and September 5, 2014. To date, we have not received the supplemental clerk's record.

Accordingly, we **ORDER** Felicia Pitre, Dallas County District Clerk, to file, within **SEVEN DAYS** of the date of this order, a supplemental clerk's record containing the above-identified pass slips.

We **DIRECT** the Clerk to send copies of this order to Felicia Pitre, Dallas County District Clerk, and to counsel for all parties.

/s/　　LANA MYERS
　　　　JUSTICE